United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Olga Kunina, *et al.*, §
§
Plaintiffs, §
§
v. § Civil No. 4:26-cv-7000
§
Markwayne Mullin, *et al.* §
§
Defendants. §

**ORDER OF DISMISSAL**

Plaintiff filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 9. By effect of the Notice, this action is DISMISSED. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to close the case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 6th of October, 2026.

Nicholas J. Ganjei
United States District Judge